JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAPLE PICTURES CORP., a Canadian corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>CONSOLIDATED PICTURES GROUP, INC., a Nevada corporation,<br><br>      Defendants. | CASE NO. 2:10-cv-03508 AHM (RZx)<br><br>**JUDGMENT** |

## **JUDGMENT**

This pending matter has been submitted to the Court, by agreement of the parties, for judgment by stipulation.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.  Judgment is rendered in favor of Plaintiff Maple Pictures Corp. and against Defendant Consolidated Picture Group, Inc. in the amount of $354,673 reflecting damages of $337,483 plus $22,190 in interest calculated at the statutory rate from the filing of the complaint on May 10, 2010 through January 5, 2011, minus $5,000 due upon signing the Settlement Agreement, and increasing by $92.46 per day thereafter until this judgment is rendered

2.  Plaintiff Maple Pictures Corp. is a prevailing party entitled to its costs.

3.  Plaintiff Maple Pictures Corp. is entitled to post-judgment interest at the statutory rate of 10% per year or 0.0274% per day calculated from the date on which this judgment is rendered.

Dated: January 18, 2011

_____
Hon. A. Howard Matz

| | |
|---|---|
| 1 | Approved as to form by the parties' attorneys: |
| 2 | |
| 3 | Dated: January __, 2011            **KATTEN MUCHIN ROSENMAN LLP** |
| 4 | |
| 5 | By: _____ |
|   |     Gail Migdal Title |
| 6 | Attorneys for Plaintiff Maple Pictures Corp. |
| 7 | Dated: January __, 2011            **LAW OFFICES OF JAMES MANCUSO** |
| 8 | |
| 9 | By: _____ |
|   |     James Mancuso |
| 10 | Attorneys for Defendant Consolidated Pictures |
| 11 | Group, Inc. |
| 12 | |
| 13–28 | |